1348092

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
NOV 16 2007

# United States District Court

DISTRICT OF RHODE ISLAND

District of Rhode Island

UNITED STATES OF AMERICA

v.

KARIM ABDULLAH

## WARRANT FOR ARREST

CASE NUMBER: 1:07MJ116A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KARIM ABDULLAH
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Possession of firearm by previously convicted felon and possession with intent to distribute over five grams of cocaine base

in violation of Title 18 and 21 United States Code, Section(s) 922(g) and 841(a)(1) & (b)(1)(B)

LINCOLN D. ALMOND
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

11/16/07 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ACI M Writ returned to ACI | | |
| DATE RECEIVED 11/16/07 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 11/26/07 | | |

This form was electronically produced by Elite Federal Forms, Inc.